### JOHN M. GROTTOLE ET AL. *v.* FRANK DEMILO ET AL. (14675)

Dupont, C. J., and Landau and Spear, Js.

Argued December 12, 1995—decision released January 23, 1996

*Janine M. Becker,* with whom, on the brief, was *Daniel Shepro,* for the appellants (defendants).

*Francis C. Vignati,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed, and the case is remanded for the purpose of setting a new law day.